IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and CHRIS OLIVA, REVENUE OFFICER OF THE INTERNAL REVENUE SERVICE, | ) ) ) ) ) | |
| Petitioner, | ) ) | NO. 1:12-00043<br>JUDGE HAYNES |
| v. | ) ) | |
| RICHARD CARIGNAN, | ) ) | |
| Respondent. | ) | |

## ORDER

Based upon the petitioners' notice of voluntary dismissal of all claims without prejudice (Docket Entry No. 4), this action is **DISMISSED without prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the ___ day of June, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge